**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GINA RAE HALL, | )<br>) |
| Plaintiff, | )<br>) Case No. 2:15-cv-00013-GMN-GWF |
| vs. | )<br>) **ORDER AND FINDINGS AND** |
| SMART & FINAL, INCORPORATED, | ) **RECOMMENDATION**<br>) |
| Defendant. | )<br>) |

This matter comes before the Court on Plaintiff Gina Rae Hall's Motion for Leave to Proceed *in forma pauperis* (#1), filed on January 5, 2015.

The Plaintiff has previously filed a complaint with identical facts and different defendants. *See* 2:14-cv-01716-JAD-NJK. In the prior complaint, the Plaintiff alleged she was discriminated against by her employer, Smart & Final Incorporated. *Id.*, Dkt. #7, pg. 3  She further alleged that her employer harassed, coerced, and wrongfully terminated her. *Id.*  Specifically, she claimed that Karen Portillo from Human Resources stated she needed to see a psychiatrist, despite there being "no just cause for this order." *Id.* at pg. 4.  She further claims that Portillo treated her differently from the other employees. *Id.*  Finally, the Plaintiff alleges that she was fired after she filed a discrimination claim with the EEOC. *Id.* at pg. 6.  In that case, her demand is for $75,000.

In the instant action, Plaintiff claims that Smart & Final harassed her and wrongfully terminated her in retaliation for filing a claim with the EEOC. (#1-1, pg. 2).  It contains very similar allegations of harassment by Human Resources and an identical demand for $75,000. (#1-1).  Plaintiff notes that she filed a similar claim, which is detailed above, and that the similar claim is pending. (#1-1, pg. 7).

Plaintiff's claim is already being adjudicated in case 2:14-cv-01716-JAD-NJK. The complaint in the instant case seems to add very little in the way of substance to that of her prior case. Should the Plaintiff wish to amend her original complaint, the proper course is to ask leave of the Court in case 2:14-cv-01716-JAD-NJK to amend the Complaint, rather than file an additional complaint. The Plaintiff qualifies to proceed *in forma pauperis*, and she has already been approved to proceed *in forma pauperis* in case 2:14-cv-01716-JAD-NJK (Dkt. #6). Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Proceed *in forma pauperis* is **granted**.

**IT IS HEREBY RECOMMENDED** that Plaintiff's Complaint (#1-1) be **dismissed** without prejudice. If necessary, Plaintiff can file a motion to amend her complaint in Case 2:14-cv-01716-JAD-NJK.

DATED this 8th day of January, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge