**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GINA RAE HALL,<br><br>            Plaintiff,<br>vs.<br><br>SMART & FINAL,<br><br>            Defendant. | Case No.: 2:15-cv-0013-GMN-GWF<br><br>**ORDER** |

Pending before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge George W. Foley, to which no objections have been filed. (ECF No. 3).

On January 5, 2015, Plaintiff, Gina Rae Hall, filed a Complaint and Motion to Proceed *in forma pauperis*. (ECF No. 1). Magistrate Judge Foley's R&R was entered on January 8, 2015, and recommends that the Complaint be dismissed without prejudice, as it is substantively identical to another pending case filed by Plaintiff, 14-cv-01716-JAD-NJK.

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2.  Upon the filing of such objections, the Court must make a de novo determination of those portions of the Report to which objections are made. *Id*.  The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. IB 3-2(b).

Plaintiff did not file any objections to Magistrate Judge Foley's R&R, and the deadline to object has now expired.  Accordingly, the Court finds good cause to accept and adopt the findings of Magistrate Judge George W. Foley.

Accordingly,

1 **IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 3), is **ACCEPTED AND ADOPTED** in its entirety.

**IT IS FURTHER ORDERED** that Plaintiff's Complaint, (ECF No. 1-1), is **DISMISSED without prejudice**. The Clerk shall enter judgment accordingly and close the case.

**DATED** this 10th day of February, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court